## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed: October 19, 2021<br>Index # 1:20-cv-03848-RRM-RER |

*Diaz., et al*  Plaintiff

against

*Rene French Cleaners Inc., et al*  Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY  SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____October 22, 2021_____, at _____11:00 AM_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rider to Request For Summons and First Amended Complaint Collective Action Under 29 U.S.C §216(b) on

_____Rene French Cleaners II Inc_____, the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, **2** true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee **40** dollars; That said service was made pursuant to Section **306 Business Corporation Law**. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__
Color of skin: __White__  Hair color: __Black__  Sex: __Female__  Other: _____

Sworn to before me on this
__22nd__ day of October 2021

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2022

James Perone  
**Attny's File No.**  
Invoice·Work Order # S1867122

*SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201*