**Attorney:**
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


551635

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ADELFA DIAZ, ET AL
    Plaintiff

RENE FRENCH CLEANERS, INC. (D/B/A RENE FRENCH CLEANERS), ET AL
    Defendant

Index / case #: 1:20-CV-03848-RRM

## AFFIDAVIT OF SERVICE

_Kings_ County, State of: _New York_   _Alan Feldman_   _NY_ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _NY_

On _10/20/21_ at _11:44_ am/pm at: 214-07 JAMAICA AVENUE QUEENS VILLAGE NY 11428

**Deponent served the within:** SUMMONS & FIRST AMENDED COMPLAINT, RIDER

On which were set forth the Index No., herein, and date of filing

**On:** SUN YOUNG YU C/O RENE FRENCH CLEANERS
(herein after called the recipient) therein named.

- [ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

- [X] **Suitable Age person** — By delivering thereat a true copy of each to: _Edgar "Doe"_ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [X] Actual Place of Business within the State.

- [ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

- [ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

- [X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business at _214-07 Jamaica Avenue Queens Village NY 11428_ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

- [X] **Description**
  - [X] Male / [ ] Female
  - [ ] White skin / [ ] Black skin / [ ] Yellow skin / [X] Brown skin / [ ] Red skin
  - [X] Black hair / [ ] Brown hair / [ ] Gray hair / [ ] Blonde hair / [ ] Red hair
  - [ ] 14-20 Yrs / [ ] 21-35 Yrs / [X] 36-50 Yrs / [ ] 51-65 Yrs / [ ] Over 65 Yrs
  - [ ] Under 5' / [ ] 5'0"-5'3" / [X] 5'4"-5'8" / [ ] 5'9"-6'0" / [ ] Over 6'
  - [ ] Under 100 Lbs / [ ] 100-130 Lbs / [ ] 131-160 Lbs / [X] 161-200 Lbs / [ ] Over 200 Lbs
  - Other Identifying Features _____

- [X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

- [ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on _10/21/2021_

_Alan Feldman_ - 2058467
(Print name below signature)

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
File No. R̶1̶:̶2̶0̶-̶C̶V̶-̶0̶3̶8̶4̶8̶-̶R̶R̶M̶-̶R̶E̶R̶
Qualified in Kings County
My Commission Expires: 01/22/22

Work Order No.   551635

SLS Process Serving Co. LLC -20948
90 State St, Albany NY 12207

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| DIAZ, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 20-cv-03848 |
| RENE FRENCH CLEANERS, INC., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

*CLERK OF COURT*

Date:    10/19/2021

s/ Aaron I. Herrera
*Signature of Clerk or Deputy Clerk*