# CSM Legal, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                         Facsimile: (212) 317-1620
_____

January 3, 2022

**BY ECF**

Hon. Ramon E. Reyes Jr.
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Diaz e. al v. Rene French Cleaners Inc. et al
> Index No.: 20-cv-3848

Dear Judge Reyes:

Our office represents Plaintiff in the above-referenced action.  We write to inform the Court of an issue that has arisen in this case.

On or about November 17, 2021, this office was contacted by an individual purporting to be an attorney for the Defendants. We have been in contact since then, attempting to negotiate a resolution of this case. However, recently it was brought to my attention that an attorney by this individual's name has been disbarred in the State of New York. I promptly verified this information with the New York Courts and have made a report to the appropriate disciplinary board. At this time no appearances have been made on Defendants' behalf.

Thank you for your attention.

Respectfully submitted,

/s/ *Clela Errington*
Clela Errington, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiff*

*Certified as a minority-owned business in the State of New York*