UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELFA DIAZ and FLORIBERTO SUAREZ NAXI, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff,*<br><br>-against-<br><br>RENE FRENCH CLEANERS INC. (D/B/A RENE FRENCH CLEANERS), RENE FRENCH CLEANERS II INC. (D/B/A RENE FRENCH CLEANERS), DANIEL LEE, SUN YOUNG YU, and BYENG WOON LEE,<br><br>*Defendants.* | Case No. **20-cv-3848(RRM)(RER)**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Byeng Woon Lee has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Byeng Woon Lee is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       February 1, 2022

                                            **BRENNA B. MAHONEY**
                                              Clerk of the Court

                                  By: ___*Jalitza Poveda*___
                                                Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADELFA DIAZ and FLORIBERTO SUAREZ NAXI, *individually and on behalf of others similarly situated,*<br><br>                  *Plaintiff,*<br><br>-against-<br><br>RENE FRENCH CLEANERS INC. (D/B/A RENE FRENCH CLEANERS), RENE FRENCH CLEANERS II INC. (D/B/A RENE FRENCH CLEANERS), DANIEL LEE, SUN YOUNG YU, and BYENG WOON LEE,<br><br>                  *Defendants.* | Case No. **20-cv-3848**<br><br>**CERTIFICATE OF DEFAULT** |

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Daniel Lee has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Daniel Lee is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      February 1, 2022

                                            **BRENNA B. MAHONEY**
                                              Clerk of the Court

                                     By: _*Jalitza Poveda*_____
                                                   Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADELFA DIAZ and FLORIBERTO SUAREZ NAXI, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>RENE FRENCH CLEANERS INC. (D/B/A RENE FRENCH CLEANERS), RENE FRENCH CLEANERS II INC. (D/B/A RENE FRENCH CLEANERS), DANIEL LEE, SUN YOUNG YU, and BYENG WOON LEE,<br><br>*Defendants.* | Case No. **20-cv-3848**<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Rene French Cleaners II Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Rene French Cleaners II Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
          February 1, 2022

                                                                    **BRENNA B. MAHONEY**
                                                                    Clerk of the Court

                                                                    By: *Jalitza Poveda*
                                                                           Deputy Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELFA DIAZ and FLORIBERTO SUAREZ NAXI, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff*,<br><br>-against-<br><br>RENE FRENCH CLEANERS INC. (D/B/A RENE FRENCH CLEANERS), RENE FRENCH CLEANERS II INC. (D/B/A RENE FRENCH CLEANERS), DANIEL LEE, SUN YOUNG YU, and BYENG WOON LEE,<br><br>*Defendants.* | Case No. **20-cv-3848**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Rene French Cleaners Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Rene French Cleaners Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       February 1, 2022

                                              **BRENNA B. MAHONEY**
                                                Clerk of the Court

                                      By: ___*Jalitza Poveda*___
                                                Deputy Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELFA DIAZ and FLORIBERTO SUAREZ NAXI, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff,*<br><br>-against-<br><br>RENE FRENCH CLEANERS INC. (D/B/A RENE FRENCH CLEANERS), RENE FRENCH CLEANERS II INC. (D/B/A RENE FRENCH CLEANERS), DANIEL LEE, SUN YOUNG YU, and BYENG WOON LEE,<br><br>*Defendants.* | Case No. **20-cv-3848**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Sun Young Yu has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Sun Young Yu is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       February 1, 2022

                                          **BRENNA B. MAHONEY**
                                            Clerk of the Court

                                  By: ___*Jalitza Poveda*_____
                                               Deputy Clerk