UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ADELFA DIAZ et al.

*Plaintiffs,*

        -against-

Rene French Cleaners, Inc. et al.

*Defendants.*
--------------------------------------------------------X

1:20-cv-03848-RRM-RER

**CERTIFICATE OF SERVICE**

    Fidel Lozano certifies as follows:

    I am a natural person above the age of eighteen years and am not a party in the above-captioned action. On this thirty first day of August, 2022, I mailed MOTION for Default Judgment by Adelfa Diaz, Floriberto Suarez Naxi. (Errington, Clela) (Entered: 02/18/2022) (Dkt. 24), AFFIDAVIT/DECLARATION in Support re 24 MOTION for Default Judgment filed by Adelfa Diaz, Floriberto Suarez Naxi. (Attachments: # 1 Ex. 1 - Affidavit of Service on B. Lee, # 2 Ex. 2 - Affidavit of Service on D. Lee, # 3 Ex. 3 - Affidavit of Services on Rene French Cleaners Inc., # 4 Ex. 4- Affidavit of Service on Rene French Cleaners II Inc., # 5 Ex. 5 - Affidavit of Service on S. Yu, # 6 Ex. 6 - Certificates of Default, # 7 Ex. 7 - Declaration of Adelfa Diaz, # 8 Ex. 8 - Declaration of Floriberto Suarez Naxi, # 9 Ex. 9 - Damages Calculations, # 10 Ex. 10 - Attorneys Fees, # 11 Ex. 11 - Proposed Judgment) (Errington, Clela) (Entered: 02/18/2022) (Dkt. 25) and copies of Judge Reyes' REPORT AND RECOMMENDATIONS re 24 MOTION for Default Judgment filed by Floriberto Suarez Naxi, Adelfa Diaz. (Dkt, 27) to:

    DANIEL LEE
    474 48th Avenue Apt 35G
    Long Island City, NY 11109

    SUN YOUNG YU
    474 48th Avenue Apt 35G
    Long Island City, NY 11109

    BYENG WOO LEE
    14445 35th Avenue Apt 4K
    Flushing, NY 11354

_____
FIDEL LOZANO