UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ADELFA DIAZ et al.

*Plaintiffs,*

        -against-

Rene French Cleaners, Inc. et al.

*Defendants.*
-------------------------------------------------------X

**1:20-cv-03848-RRM-RER**

**CERTIFICATE OF SERVICE**

    Fidel Lozano certifies as follows:

    I am a natural person above the age of eighteen years and am not a party in the above-captioned action. On this thirty first day of August, 2022, I mailed copies of Judge Reyes' REPORT AND RECOMMENDATIONS re 24 MOTION for Default Judgment filed by Floriberto Suarez Naxi, Adelfa Diaz. (Dkt, 27) to:

    Rene French Cleaners INC
    DBA Rene French Cleaners
    214-07 Jamaica Avenue
    Queens Village, NY 11428

    Rene French Cleaners II INC
    DBA Rene French Cleaners
    214-07 Jamaica Avenue
    Queens Village, NY 11428

_____
FIDEL LOZANO